## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DJAMEL AMEZIANE, | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )     Civil Action No. 05-392 (ESH) |
| | ) |
| BARACK OBAMA, *et al.*, | )          UNDER SEAL |
| | ) |
| | ) |
| **Respondents.** | ) |
| | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [Dkt. No. 364], it is hereby

**ORDERED** that petitioner's motion for habeas relief [Dkt. No. 351] is **DENIED**; it is further

**ORDERED** that respondents' motion to dismiss [Dkt. No. 358] is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

 

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 21, 2014